| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FINAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>CHIECHI, CAROLYN P. | 2. Court or Organization<br><br>U.S. TAX COURT | 3. Date of Report<br><br>10/19/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>JUDGE (SENIOR STATUS- ON RECALL) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☐ Annual  ☑ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>10/19/2018 |
| 7. Chambers or Office Address<br><br>ROOM 233<br>400 SECOND STREET, N.W.<br>WASHINGTON, D.C. 20217-0002 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 09/1992 | Sutherland, Asbill & Brennan (SAB) (See VIII. Additional Information or Explanations) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA Tax Section | 05/11/2018 | Washington, DC | Attend Tax Section meeting | Registration fee and luncheon fee waived |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 10/19/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 10/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Coca Cola Co., Common Stock | B | Dividend | L | T | | | | | |
| 2. BP PLC, Common Stock | C | Dividend | M | T | | | | | |
| 3. Merck & Co., Common Stock | C | Dividend | L | T | | | | | |
| 4. Express Scripts Holding Co., Common Stock | | None | J | T | | | | | |
| 5. Stryker Corp., Common Stock | A | Dividend | L | T | | | | | |
| 6. WalMart Stores, Inc., Common Stk. | B | Dividend | L | T | | | | | |
| 7. Marriott Int'l, Inc. New, Class A, Common Stock | A | Dividend | M | T | | | | | |
| 8. Marriott Vacations Worldwide Corp Common Stock | A | Dividend | J | T | | | | | |
| 9. Host Hotels and Resorts Inc., Common Stock | A | Dividend | J | T | | | | | |
| 10. PNC Financial Corp., Common Stock | A | Dividend | K | T | | | | | |
| 11. Microsoft Corp., Common Stock | C | Dividend | M | T | | | | | |
| 12. Medtronic, Common Stock | A | Dividend | K | T | | | | | |
| 13. Bank of America (MM/Ckg Accts) | A | Interest | L | T | | | | | |
| 14. Boeing, Co., Common Stock | C | Dividend | N | T | | | | | |
| 15. NIKE, Class B Common Stock | B | Dividend | M | T | | | | | |
| 16. Apple Inc., Common Stock | B | Dividend | M | T | | | | | |
| 17. Alphabet Inc Class C (name change from Google Inc.,) Capital Stock | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 10/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alphabet Inc Class A (name change from Google Inc.,) Common Stock | | None | K | T | | | | | |
| 19. Amgen. Inc., Common Stock | A | Dividend | J | T | | | | | |
| 20. General Electric, Common Stock | A | Dividend | J | T | | | | | |
| 21. Merrill Lynch (ML) Bank Deposit (Money Market Fund) | | None | M | T | | | | | |
| 22. Berkshire Hathaway B, Common Stock | | None | J | T | | | | | |
| 23. Cisco Systems Inc., Common Stock | A | Dividend | J | T | | | | | |
| 24. Johnson & Johnson, Common Stock | A | Dividend | K | T | | | | | |
| 25. AT&T Inc., Common Stock | A | Dividend | J | T | | | | | |
| 26. Amazon.com, Inc., Common Stock | | None | M | T | | | | | |
| 27. Biogen Idec Inc., Common Stock | | None | K | T | | | | | |
| 28. Bioverativ Inc., Common Stock | | None | | | Sold | 03/14/18 | J | C | |
| 29. Home Depot Inc., Common Stock | A | Dividend | J | T | | | | | |
| 30. Beneficial. interest in Lehman Bros Holdings Inc Plan Trust | | None | J | W | | | | | See VIII |
| 31. Bank of America Corp., Common Stock | A | Dividend | J | T | | | | | |
| 32. Micron Tech Inc., Common Stock | | None | K | T | | | | | |
| 33. Pepsico Inc., Common Stock | A | Dividend | J | T | | | | | |
| 34. Pfizer Inc., Common Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 10/19/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Proctor & Gamble, Common Stock | A | Dividend | K | T | | | | | |
| 36. Texas Instruments, Common Stock | B | Dividend | L | T | | | | | |
| 37. Walt Disney Co., Common Stock | B | Dividend | L | T | | | | | |
| 38. Exxon Mobil, Common Stock | B | Dividend | L | T | | | | | |
| 39. Colgate Palmolive, Common Stock | D | Dividend | O | T | | | | | |
| 40. Southern Co., Common Stock | A | Dividend | J | T | | | | | |
| 41. Abbvie Inc., Common Stock | A | Dividend | K | T | | | | | |
| 42. Conoco Philips, Common Stock | A | Dividend | L | T | | | | | |
| 43. Devon Engery, Common Stock | A | Dividend | J | T | | | | | |
| 44. DowDupont Inc., Common Stock | A | Dividend | K | T | | | | | |
| 45. Eastman Chemical, Common Stock | A | Dividend | J | T | | | | | |
| 46. IBM Corp, Common Stock | B | Dividend | L | T | | | | | |
| 47. Phillips 66, Common Stock | A | Dividend | K | T | | | | | |
| 48. Thompson Reuters Corp, Common Stock | A | Dividend | K | T | | | | | |
| 49. United Tech Corp, Common Stock | A | Dividend | K | T | | | | | |
| 50. 3M Company, Common Stock | B | Dividend | L | T | | | | | |
| 51. Williams Company, Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 10/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Nuveen Sanata Barbara Fund, Mutual Fund | A | Dividend | K | T | | | | | |
| 53. McDonald's Corp., Common Stock | A | Dividend | K | T | | | | | |
| 54. First Virginia Community Bank 0.45% fixed rate CD, due 2/28/18 | A | Interest | | | Redeemed | 02/28/18 | L | | |
| 55. Compass Bank 1.15% fixed rate CD, due 2/28/18 | A | Interest | | | Redeemed | 02/28/18 | L | | |
| 56. ZB Bank 1.75% fixed rate CD matures 9/14/18 | A | Interest | | | Buy | 03/08/18 | M | | |
| 57. | | | | | Redeemed | 09/14/18 | M | | |
| 58. ML Beneficiary IRA ( beneficiary of ▓▓▓ IRA) | | | | | | | | | |
| 59. --Chevron Corp., Common Stock | A | Dividend | J | T | | | | | |
| 60. --Glaxosmithkline PLC, Common Stock | A | Royalty | J | T | | | | | |
| 61. --Lockheed Martin Corp., Common Stock | A | Dividend | K | T | | | | | |
| 62. --McDonald's Corp., Common Stock | A | Dividend | L | T | | | | | |
| 63. --Pfizer Inc., Common Stock | A | Dividend | J | T | | | | | |
| 64. --ML Bank Money Market Fund | | None | J | T | | | | | |
| 65. Chevron Corp. Common Stock | A | Dividend | K | T | | | | | |
| 66. Lockheed Martin Corp., Common Stock | B | Dividend | L | T | | | | | |
| 67. Royal Dutch Shell PLC, Common Stock | A | Dividend | J | T | | | | | |
| 68. ML IRA | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 10/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --BP PLC, Common Stock | A | Dividend | J | T | | | | | |
| 70. --General Electric, Common Stock | A | Dividend | J | T | | | | | |
| 71. --Goldman Sachs, Common Stock | A | Dividend | K | T | | | | | |
| 72. --AT&T Inc., Common Stock | A | Dividend | J | T | | | | | |
| 73. --Schlumberger, Common Stock | A | Dividend | K | T | | | | | |
| 74. --Target, Common Stock | A | Dividend | K | T | | | | | |
| 75. --St. Paul Travelers, Common Stock | B | Dividend | L | T | | | | | |
| 76. --Kinetics New Paradigm Fund Cl A Mutual Fund | | None | K | T | | | | | |
| 77. --ML Bank Deposit (Money Market Fund) | | None | M | T | | | | | |
| 78. --Abbott Labs, Common Stock | A | Dividend | J | T | | | | | |
| 79. --Abbvie Inc., Common Stock | B | Dividend | K | T | | | | | |
| 80. --Johnson & Johnson, Common Stock | B | Dividend | L | T | | | | | |
| 81. --Apple Inc., Common Stock | B | Dividend | M | T | | | | | |
| 82. --BB&T Corp., Common Stock | B | Dividend | L | T | | | | | |
| 83. --General Motors Co., Common Stock | A | Dividend | K | T | | | | | |
| 84. --National-Oilwell Varco Inc., Common Stock | A | Dividend | K | T | | | | | |
| 85. --Repsol S.A., Common Stock | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 10/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Smith & Nephew Group, Common Stock | A | Dividend | L | T | | | | | |
| 87. --Devon Energy Corp., Common Stock | A | Dividend | J | T | | | | | |
| 88. --Columbia Dividend Opportunity Fund A, Mutual Fund | | None | L | T | | | | | |
| 89. --Hartford Equity Income Fund A, Mutual Fund | | None | M | T | | | | | |
| 90. --Sabrient Bakers Dozen ser 2017, Mutual Fund | | None | | | Sold | 03/02/18 | K | | |
| 91. --Luther Burbank Savings Bank 0.70% fixed rate CD, matures 1/29/18 | A | Interest | | | Redeemed | 04/12/18 | M | | |
| 92. --ZB Bank 1.25% fixed rate CD, matures 4/12/18 | A | Interest | | | Redeemed | 04/12/18 | M | | |
| 93. --Alphabet Inc., Class C, Common Stock | | None | M | T | | | | | |
| 94. --Amazon.com, Common Stock | | None | M | T | | | | | |
| 95. --Apple Inc., Common Stock | A | Dividend | M | T | | | | | |
| 96. --Celgene Corp., Common Stock | | None | L | T | | | | | |
| 97. --Raytheon Co., Common Stock | A | Dividend | L | T | | | | | |
| 98. --Ishares Core S&P Small Cap ETF, Mutual Fund | A | Dividend | M | T | | | | | |
| 99. --Ishares IBoxx Investment Grade Corp Bond Fund, Mutual Fund | C | Dividend | M | T | | | | | |
| 100. --Ishares Core S&P 500 ETF, Mutual Fund | B | Dividend | M | T | | | | | |
| 101. --Ishares Core S&P U.S. Growth ETF, Mutual Fund | A | Dividend | L | T | | | | | |
| 102. --Ishares Core S&P U.S. Value ETF, Mutual Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 10/19/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Ishares U.S. Treasury Bond ETF, Mutual Fund | B | Dividend | M | T | | | | | |
| 104. --SPDR Bloomberg Barclay High Yield Bond ETF, Mutual Fund | B | Dividend | K | T | | | | | |
| 105. --SPDR U.S. Financial Sector ETF, Mutual Fund | B | Dividend | M | T | | | | | |
| 106. --Vanguard FTSE Emerging Markets ETF, Mutual Fund | A | Dividend | L | T | | | | | |
| 107. --Vanguard FTSE Developed Markets ETF, Mutual Fund | B | Dividend | M | T | | | | | |
| 108. --Vanguard Mortgage-Backed Securities Mutual Fund | B | Dividend | M | T | | | | | |
| 109. Sabient Bakers Dozen Ser 2018 mutual fund | | None | K | T | Buy | 03/08/18 | K | | |
| 110. Bank of India NY 1.75% fixed rate CD matures 9/12/18 | A | Interest | | | Buy | 03/08/18 | L | | |
| 111. | | | | | Redeemed | 09/12/18 | L | | |
| 112. United Community Bank 1.85% fixed rate CD matures 10/18/18 | A | Interest | | | Buy | 04/12/18 | M | | |
| 113. | | | | | Redeemed | 10/18/18 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 10/19/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

II. AGREEMENTS (Cont'd).

I have a vested interest in the Sutherland, Asbill & Brennan Defined Benefit Plan for Partners and Nonlegal Personnel. The benefit I am entitled to receive under that plan is an annual income on a straight-line basis of $6,782.15 per year, commencing at normal retirement age of 65 and which became effective as of 1/1/09. Annual amount is paid equally over 12 months. Pursuant to the terms of the plan, I was not entitled to a lump-sum payout when I withdrew as a partner from SAB effective October 1, 1992, because, as a relatively new plan, the benefits to the participants of the plan were not fully funded. The plan provides that pension payments were to begin automatically after I attained the normal retirement age of 65. The amount of the pension payments are in no way affected by the profitability of SAB or by the performance of the trust fund. If the trustee of the plan were to realize a better or a worse investment rate than assumed in the actuarial calculations for the plan, SAB either would contribute less or more to provide the defined benefit of all participants. The plan may be terminated either because of a change in the law or a decision by the partners of SAB to discontinue this benefit. In the event of plan termination, ERISA provides very specific rules for the allocation of plan assets among participants, with those who have already retired being given fully funded benefits first. If SAB were not able to provide all benefits, the Pension Benefit Guaranty Corporation would pick up the liability for any shortfall up to the benefit levels insured by that agency. It is my understanding that, except in that unlikely event, my benefit under the plan is a fixed amount.

VII. INVESTMENTS AND TRUSTS

P. 5, line 30

In 2012 Lehman Bros. Holdings, Inc., commenced bankruptcy proceedings, its stock was canceled, and its stockholders received proportionate beneficial interests in or rights to the Lehman Bros Holdings, Inc., plan trust. Although I placed a yearend value in my 2012 financial disclosure report on my interest in or right to that plan trust, upon reflection I believe that a value really was not ascertainable for that interest or right at the end of 2012, 2013, 2014, 2015, 2016, or 2017 because of the uncertainties involved in the bankruptcy proceedings. Nonetheless, I indicated that the value code is J, i.e., "$15,000 or less".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ CAROLYN P. CHIECHI

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544